# IN THE MATTER OF WILLIAM McDOWELL SCOTT, MARSHAL

## 1807

### Journal Entries

1. Motion made; decision postponed . . . . *Journal, infra,* \*p. 95

### Papers in File

[None]